# EXHIBIT A

**Peterson's**
Princeton Pike Corporate Center
2000 Lenox Drive • PO Box 67005
Lawrenceville, NJ 08648
Tel (609) 896-1800   Fax (609) 896-1811
www.petersons.com



*Date:*

# Desktop Fax Cover Sheet

*To:*

*Fax:*        8453563132

*From:*       Petersons,

              Save on Peterson's AP Guides
*Subject:*

*Remarks:*

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the addressee listed on the cover sheet. If the reader of this message is not the intended recipient, or the employee or agent authorized and responsible for delivery to the intended recipient, or the employee or agent authorized and responsible for delivery to the intended recipient, you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone at the number listed above and return the original message to us at the listed address via the United States Postal Service. We will reimburse any costs you incur in notifying us and returning the message to us.

Case 3:11-cv-00011-TJB   Document 3-1   Filed 01/04/11   Page 3 of 13 PageID: 56

# IMPROVE AP EXAM SCORES

## PETERSON'S
A @elnet COMPANY

with Peterson's test prep guides.   **ACT NOW AND SAVE UP TO 25%!**



## MASTER AP SERIES

The essential complement to your AP program

Order a copy for each student in your AP classes to assist them in the test prep process. Each book contains:

- **NEW** — A College-by-College Guide to AP Credit and Placement charts, information on test designation, required score, credits granted, courses waived and any admission stipulations
- In-depth subject review
- Test-taking strategies
- Full-length practice tests with detailed answer explanations

### SPECIAL DISCOUNT

**1–49 — Save 15%**
**50 + — Save 25%**
(assorted titles)
Offer Expires 3/31/08

### Circulate to:
☑ Guidance Director
☑ Media Specialist
☑ AP Coordinator
☑ Curriculum Director
☑ Principal

To place your order fill out the form below and submit using one of the following methods:

### Fax Purchase Orders to: 1.609.896.4552

Phone or Credit Card: please contact Shelia Seldner at 1.800.338.3282 Ext. 53406

Name_____

Institution_____

Address 1_____

Address 2_____

City_____   State_____   Zip_____

E-mail_____

☐ **PAY BY PURCHASE ORDER** _____

☐ **SEND INVOICE**

| ISBN-10 | Title | List Price | 1–49 15% Disc | 50 + 25% Disc* | Qty | Total |
|---|---|---|---|---|---|---|
| 0-7689-2523-1 | AP Biology | $19.00 | $16.15 | $14.25 | | $ |
| 0-7689-2470-7 | AP Calculus AB & BC | $19.00 | $16.15 | $14.25 | | $ |
| 0-7689-2472-3 | AP Chemistry | $18.00 | $15.30 | $13.50 | | $ |
| 0-7689-2474-X | AP English Language and Composition | $17.00 | $14.45 | $12.75 | | $ |
| 0-7689-2473-1 | AP English Literature and Composition | $18.00 | $15.30 | $13.50 | | $ |
| 0-7689-2471-5 | AP U.S. Government and Politics | $17.00 | $14.45 | $12.75 | | $ |
| 0-7689-2469-3 | AP U.S. History | $18.00 | $15.30 | $13.50 | | $ |
| STUDENTEDGE | Online AP Practice Tests | Call for a Quote – 1.800.338.3282 Ext.53406 | | | | |
| *You must order a total quantity of at least 50 books in order to qualify for the 25% discount | | | | | Subtotal | $ |
| Please add 7% shipping (UPS ground) on all orders to U.S. locations | | | | | | $ |
| | | | | AP_FAX_MAR08_1 | Total | $ |

☐ To opt out of our fax list, please check this box and fax the completed form to 1.888.839.9659.

Peterson's, a Nelnet Company
2000 Lenox Drive
Lawrenceville, NJ 08648

www.petersons.com/studentedge

**Peterson's**
Princeton Pike Corporate Center
2000 Lenox Drive • PO Box 67005
Lawrenceville, NJ 08648
Tel (609) 896-1800  Fax (609) 896-1811
www.petersons.com



*Date:* _____

# Desktop Fax Cover Sheet

*To:*

*Fax:*   **8453563132**

*From:*   **Seidner, Sheila**

*Subject:*   **Peterson's ACT Prep**

*Remarks:*

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the addressee listed on the cover sheet. If the reader of this message is not the intended recipient, or the employee or agent authorized and responsible for delivery to the intended recipient, or the employee or agent authorized and responsible for delivery to the intended recipient, you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone at the number listed above and return the original message to us at the listed address via the United States Postal Service. We will reimburse any costs you incur in notifying us and returning the message to us

# IMPROVE SCORES ON THE ACT

**PETERSON'S**
A @elnet COMPANY

With the ONLY official prep guide from the makers of the ACT

## ORDER NOW AND SAVE UP TO 30%



### The Real ACT Prep Guide – New Edition!

New and exclusive content from the official guide by the ACT test makers.

- The only guide where students can practice with three real ACT exams
- Advice on how to do well on the optional Writing Test
- Essential English, math, reading, and science review
- An in-depth look at the test's format

**SPECIAL DISCOUNT**

1–49 — Save 15%
50 - 299 — Save 25%
300 + — Save 30%
(assorted titles)
**Offer Expires 4/30/08**

**Circulate to:**

☑ Guidance Director
☑ Media Specialist
☑ Curriculum Director
☑ Principal
☑ _____

---

To place your order fill out the form below and submit using one of the following methods:

### Fax Purchase Orders to: 1.609.896.4552

Phone or Credit Card: please contact Shelia Seldner at 1.800.338.3282 Ext. 53406

Name_____

Institution_____

Address 1_____

Address 2_____

City_____ State_____ Zip_____

E-mail_____

☐ PAY BY PURCHASE ORDER _____

☐ SEND INVOICE

| ISBN-10 | Title | List Price | 1-49 15% Disc | 50-299 25% Disc | 300+ 30% Disc | Qty | Total |
|---|---|---|---|---|---|---|---|
| 0-7689-2675-0 | The Real ACT Prep Guide | $24.95 | $21.20 | $18.71 | $17.46 | | $ |
| *You must order a total quantity of at least 300 books in order to qualify for the 30% discount | | | | | | Subtotal | $ |
| Please add 7% shipping (UPS ground) on all orders to U.S. locations | | | | | | | $ |
| | | | | | ACT_FAX_0408 | Total | $ |

☐ To opt out of our fax list, please check this box and fax the completed form to 1.609.896.4552.
☐ Please send the new Peterson's Catalog

Peterson's, a Nelnet Company
2000 Lenox Drive
Lawrenceville, NJ 08648

www.petersons.com

**Peterson's**
Princeton Pike Corporate Center
2000 Lenox Drive • PO Box 67C05
Lawrenceville, NJ C8648
Tel (609) 896-1800   Fax (609) 896-1811
www.petersons.com



*Date:*

# Desktop Fax Cover Sheet

*To:*

*Fax:*    8453563132

*From:*    Petersons,

*Subject:*    Free College Planning Resources from Peterson's

*Remarks:*

The information contained in this facs mile message is legally privileged and confidential information intended only for the use of the
addressee listed cn the cover sheet. If the reader of this message is not the intended recipient, or the employee or agent authorized
and responsible for delivery to the intended recipient, or the employee or agent authorized and responsible for delivery to the intended
recipient you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited. If you have
received this facsimile in error, please immediately notify us by telephone at the number listed above and return the original message
to us at the listed address via the United States Postal Service. We will reimburse any costs you incur in notifying us and returning the
message to us



# ATTENTION GUIDANCE COUNSELORS
# NEW OFFER FROM PETERSON'S

### PROVIDE PERSONALIZED COLLEGE AND CAREER PLANNING TOOLS
### TO EVERY STUDENT—AT NO COST

Guidance counselors tell us they need tools to help students and families:

- Find the optimal college on all levels—academic, social and financial
- Maximize college affordability with a scholarship search and financial aid tools
- Prepare for the SAT, ACT and PSAT with award-winning online courses
- Explore the right career path based on their interests and talents

For over 40 years Peterson's has partnered with high school
guidance counselors to provide comprehensive college and career
planning resources. Our newest online tool, StudentEdge, helps
9th – 12th grade students create an action plan for achieving
success after high school. Administrative tools make it easy for you
to track usage and help students achieve their educational pursuits.



As educators, we know you are passionate about helping all students achieve success
after high school, wherever their individual paths take them. We also know that budgets
are tight which is why we partnered with colleges to fund StudentEdge for your families.

### BRING STUDENTEDGE TO YOUR ENTIRE SCHOOL AT NO COST.
Simply fill out the attached agreement and fax it back to 609.896.4545.
An account manager will follow up with access codes and training materials.

If you would like more information or have any questions, please contact an account
representative at 1.888.892.6288 or by e-mail at StudentEdge@petersons.com.

✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶

**I'd like to learn more about Peterson's StudentEdge.**

Name: _____ Title: _____

School or District: _____

City: _____ State: _____ Zip: _____

Phone: _____ Best time to call: ___ :00  AM  PM  (circle one)

E-mail: _____

**Fax this page to: 609.896.4545**

SEFAXFB_0408

**Peterson's**
Princeton Pike Corporate Center
2000 Lenox Drive • PO Box 67005
Lawrenceville, NJ 08648
Tel (609) 896-1800   Fax (609) 896-1811
www.petersons.com



*Date:*

# Desktop Fax Cover Sheet

*To:*

*Fax:*   8453563132

*From:*   Petersons,

*Subject:*   Free College Planning Resources from Peterson's

*Remarks:*

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the addressee listed on the cover sheet  If the reader of this message is not the intended recipient, or the employee or agent authorized and responsible for delivery to the intended recipient, or the employee or agent authorized and responsible for delivery to the intended recipient  you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited.  If you have received this facsimile in error, please immediately notify us by telephone at the number listed above and return the original message to us at the listed address via the United States Postal Service.  We will reimburse any costs you incur in notifying us and returning the message to us



# ATTENTION GUIDANCE COUNSELORS
# NEW OFFER FROM PETERSON'S

### PROVIDE PERSONALIZED COLLEGE AND CAREER PLANNING TOOLS
### TO EVERY STUDENT—AT NO COST

Guidance counselors tell us they need tools to help students and families:

- Find the optimal college on all levels—academic, social and financial
- Maximize college affordability with a scholarship search and financial aid tools
- Prepare for the SAT, ACT and PSAT with award-winning online courses
- Explore the right career path based on their interests and talents



For over 40 years Peterson's has partnered with high school guidance counselors to provide comprehensive college and career planning resources. Our newest online tool, StudentEdge, helps $9^{th} - 12^{th}$ grade students create an action plan for achieving success after high school. Administrative tools make it easy for you to track usage and help students achieve their educational pursuits.

As educators, we know you are passionate about helping all students achieve success after high school, wherever their individual paths take them. We also know that budgets are tight which is why we partnered with colleges to fund StudentEdge for your families.

### BRING STUDENTEDGE TO YOUR ENTIRE SCHOOL AT NO COST.
Simply fill out the form below and fax it back to 609.896.4545.
An account manager will follow up with additional information, your access codes and training materials.

If you would like more information or have any questions, please contact an account representative at 1.888.892.6288 or by e-mail at StudentEdge@petersons.com.

✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳

**Yes, I am interested in learning more about Peterson's StudentEdge.**

Name: _____    Title: _____

School or District: _____

City: _____    State: _____   Zip: _____

Phone: _____    Best time to call: __ :00 AM  PM (circle one)

E-mail: _____

**Fax page to: 609.896.4545    |    Or save a tree and email us: StudentEdge@petersons.com**

☐ To opt out of our fax list, please check this box and fax the completed form to 609.896.4545.
SEFaxBack2_AprNR

**Peterson's**
Princeton Pike Corporate Center
2000 Lenox Drive • PO Box 67005
Lawrenceville, NJ C8648
Tel (609) 896-1800   Fax (609) 896-1811
www.petersons.com



**Date:**

## Desktop Fax Cover Sheet

**To:**       Guidance Office

**Fax:**      8453563132

**From:**     Petersons,

**Subject:**  Peterson⁺s Free College Planning Resources

**Remarks:**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the
addressee listed on the cover sheet. If the reader of this message is not the intended recipient, or the employee or agent authorized
and responsible for delivery to the intended recipient, or the employee or agent authorized and responsible for delivery to the intended
recipient you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited. If you have
received this facsimile in error, please immediately notify us by telephone at the number listed above and return the original message
to us at the listed address via the United States Postal Service. We will reimburse any costs you incur in notifying us and returning the
message to us



# ATTENTION GUIDANCE COUNSELORS
# NEW OFFER FROM PETERSON'S

## PROVIDE PERSONALIZED COLLEGE AND CAREER PLANNING TOOLS
## TO EVERY STUDENT—AT NO COST

Guidance counselors tell us they need tools to help
students and families:

- Find the optimal college on all levels—
  academic, social and financial
- Maximize college affordability with a
  scholarship search and financial aid tools
- Prepare for the SAT, ACT and PSAT with
  award-winning online courses
- Explore the right career path based on their
  interests and talents

> "I think [StudentEdge] is the most
> fantastic opportunity 'out there' for
> schools and students, and I am
> absolutely thrilled to have it made
> available free of charge."
> Susan Roy, Academic Advisor
> Cape Coral Christian School
> Florida

For over 40 years Peterson's has partnered with high school guidance counselors to
provide comprehensive college and career planning resources. Our online tool,
StudentEdge, helps 9th – 12th grade students create an action plan for achieving success
after high school. Administrative tools make it easy for you to track usage and help students
achieve their educational pursuits.

As educators, we know you are passionate about helping all students achieve success after
high school, wherever their individual paths take them. We also know that budgets are tight
which is why we partnered with colleges to fund StudentEdge for your families.

**BRING STUDENTEDGE TO YOUR ENTIRE SCHOOL AT NO COST.**
Simply fill out the form below and fax it back to 609.896.4545.
An account manager will follow up with additional information, your access codes and
training materials.

If you would like more information or have any questions, please contact an account
representative at 1.888.892.6288 or by e-mail at StudentEdge@petersons.com.

✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳

Yes, I am interested in learning more about Peterson's StudentEdge.

Name: _____  Title: _____

School or District: _____

City: _____  State: _____ Zip: _____

Phone: _____  Best time to call: ___ :00 AM  PM (circle one)

E-mail: _____

**Fax page to: 609.896.4545  |  Or save a tree and email us: StudentEdge@petersons.com**

☐ To opt out of our fax list, please check this box and fax the completed form to 609.896.4545.

**Peterson's**
Princeton Pike Corporate Center
2000 Lenox Drive • PO Box 67005
Lawrenceville, NJ 08648
Tel (609) 896-1800   Fax (609) 896-1811
www.petersons.com



**Date:**   September 10, 2009

# Desktop Fax Cover Sheet

**To:**

**Fax:**   8453563132

**From:**   Petersons,

**Subject:**   SPECIAL OFFER - 30% OFF - ACT & SAT PREP BOOKS

**Remarks:**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the addressee listed on the cover sheet. If the reader of this message is not the intended recipient, or the employee or agent authorized and responsible for delivery to the intended recipient, or the employee or agent authorized and responsible for delivery to the intended recipient, you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone at the number listed above and return the original message to us at the listed address via the United States Postal Service. We will reimburse any costs you incur in notifying us and returning the message to us.

# SPECIAL OFFER – 30% OFF
# SAT & ACT Test Prep

**PETERSON'S**
A **@elnet** COMPANY

**Back to School Savings Opportunity for Prep Classes this Fall!**



### The Real ACT Prep Guide

Exclusive content from the only official guide by the ACT test makers.

- The only guide where students can practice with three real ACT exams
- Advice on acing the optional essay test
- Essential English, math, reading, and science review
- An in-depth look at the test's format

### Master the SAT 2010 (w/CD and wo/CD) – See Below

Complete subject and strategy review to help test takers score higher! The combination of intensive subject review, expert strategies and tons of practice make *Master the SAT* a complete test prep solution.

- Thorough and easy-to-follow lessons covering every type of question
- Six practice tests, including a diagnostic test and essay-writing program, give maximum opportunity for hands-on practice
- CD includes three practice tests

**CIRCULATE TO:**
☐ Guidance Director
☐ Media Specialist
☐ Curriculum Director
☐ Principal
☐ Other

**SPECIAL DISCOUNT**

**30% OFF**

To place your order fill out the form below and submit using one of the following methods:

**Fax Purchase Orders to: 1.609.896.4552**
**Phone or Credit Card: please contact Sheila Seidner at 1.800.338.3282 Ext. 53406**

Name _____ Title: _____

Institution _____

Address _____

City _____ State _____ Zip _____

Email _____

☐ PAY BY PURCHASE ORDER _____
☐ SEND INVOICE

| ISBN-10 | Title | List Price | 30% Discount | Qty | Total |
|---------|-------|-----------|-------------|-----|-------|
| 0-7689-2675-0 | THE REAL ACT PREP GUIDE | $24.95 | $17.46 | | $ |
| 0-7689-2791-9 | MASTER THE SAT (W/CD) | $29.95 | $20.96 | | $ |
| 0-7689-2822-2 | MASTER THE SAT (WO/CD) | $18.95 | $13.26 | | $ |
| | | | | Subtotal | $ |
| | Shipping is FOB Bristol, PA   10% East Coast,  12% Central U.S.,  15% West Coast | | | | $ |
| | | | ACT_SAT_FAX-0909 | Total | $ |

☐ Please send the new Peterson's Catalog
☐ To opt out of our fax list, please check this box and fax to 609.896.4552.   Fax No. to be removed _____