

RECEIVED
MAY 16 2013
AT 8:30
WILLIAM T. WALSH
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAIS YAAKOV OF SPRING VALLEY, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PETERSON'S NELNET, LLC,<br><br>Defendant. | Civil Action No.: 3:11 CV 11 (AET) (TJB)<br><br>*Document electronically filed*<br><br>**CONSENT PRETRIAL SCHEDULING ORDER FOR DISCOVERY** |

**THIS MATTER** having been brought before the Court in response the Court's January 9, 2013 Order directing that the parties confer and submit a discovery schedule by January 31, 2013, and the parties having conferred regarding the schedule for discovery in this matter and having agreed to the schedule set forth below; and for good cause shown:

IT IS, on this 15 day of May, 2013, **ORDERED** that:

1. The parties shall make the mandatory disclosures under Fed. R. Civ. P. 26(a) on or before **June 10, 2013**.

2. Defendant shall serve initial discovery requests, including without limitation, any document requests, interrogatories, and requests for admission, on or before **July 1, 2013**. To the extent Plaintiff intends to serve an amended version of its initial document requests, interrogatories, or requests for admission that Plaintiff previously served, it shall do so on or before **July 1, 2013**.

3. The parties shall serve written responses to the initial and/or amended initial discovery requests within the timeframes provided by the Federal Rules of Civil Procedure.

4. Any motion to join new parties, whether by amended or third-party complaint, must be filed no later than **November 12, 2013**, and made returnable on **December 5, 2013**.

5. Any motion to amend the pleadings must be filed no later than **November 12, 2013**, and made returnable on **December 5, 2013**.

6. The parties will have until **April 15, 2014** to conclude all fact discovery in this matter. No fact discovery will issue beyond that date, except upon motion and for good cause shown.

7. Counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of a motion. No discovery motion will be entertained absent counsel's full compliance with L. Civ. R. 37.1(a)(1); *see also* L. Civ. R. 16.1(f).

8. Any discovery or case management disputes will be brought to the attention of the United States Magistrate Judge pursuant to L. Civ. R. 37.1(a)(1); *see also* L. Civ. R. 16.1(f).

9. In accordance with Fed. R. Civ. P. 30, the parties shall be limited to **ten** depositions per side, except upon leave of Court. In accordance with Fed. R. Civ. P. 33, the parties shall be limited to **25** interrogatories (including all subparts) per party except upon leave of Court.

10. Any motion seeking class certification, including any declarations and expert reports in support of same, shall be filed and served no later than **April 15, 2014**.

11. Depositions of Plaintiff's experts in support of class certification shall be completed by **May 31, 2014**.

2

#1936074
110371-72470

12. Defendant's opposition to Plaintiff's class certification motion, including any declarations and expert reports in support of same, shall be filed and served no later than **July 14, 2014**.

13. Depositions of Defendant's experts, if any, in opposition to class certification shall be completed by **August 4, 2014**.

14. Plaintiff's reply in support of its motion for class certification shall be filed and served by **August 11, 2014**.

15. The remaining pre-trial schedule shall be set following the District Court's decision on the class certification motion.

16. Any proposed confidentiality order agreed to by the parties must be accompanied by a separate statement showing specific good cause for the entry of the order and must comply with L. Civ. R. 5.3.

Dated: May 15, 2013

By: s/Aytan Y. Bellin
Aytan Y. Bellin, Esq.
**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plains, New York 10606
(914) 358-5345
aytan.bellin@bellinlaw.com

Attorneys for Plaintiffs
Bais Yaakov of Spring Valley

By: s/ Michael R. McDonald
Michael R. McDonald, Esq.
Damian Santomauro, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 639-6280
mmcdonald@gibbonslaw.com
dsantomauro@gibbonslaw.com

Attorneys for Defendant
Peterson's Nelnet, LLC

17. A telephone Conference to be initiated by Plaintiff shall be held on September 18, 2013 at 10AM

SO ORDERED:

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.

**ORDER ON ORAL MOTION**

3

#1936074
110371-72470