UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BAIS YAAKOV OF SPRING VALLEY,** on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> -v.- <br><br> **PETERSON'S NELNET, LLC,** <br><br> Defendant. | Civil Action <br><br> 3:11 CV 11 (TJB) <br><br> Motion Date: July 21, 2014 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 21, 2014, at 10 a.m., or soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Bais Yaakov of Spring Valley will move before the Honorable Tonianne J. Bongiovanni, U.S.M.J. at the United States District Court, Clarkson S. Fisher & & U.S. Courthouse, 402 East State Street, Courtroom 6E, Trenton, NJ 08608, for an order: (1) certifying a Class for settlement purposes; (2) granting preliminary approval of the Settlement between the parties pursuant to Rule 23(e) of the Federal Rules of Civil Procedure; (3) approving of the form and manner of providing notice of the class action and proposed Settlement to the Settlement Class Members as set forth in the parties' Settlement Agreement and Release, dated June, 2014; (4) approving of The Garden City Group, Inc. as the Claims Administrator; (5) approving Bais Yaakov of Spring Valley, Inc. as Class Representative; and (6) approving Aytan Y. Bellin, Esq., of Bellin & Associates LLC as Class Counsel.

Plaintiff will further move that the Court schedule a hearing for the purpose of considering whether to: (1) grant final approval of the Settlement Agreement, including the request for attorney's fees; (2) enter final judgment in this action; and (3) approve an incentive award to Bais Yaakov of Spring Valley.

Dated: White Plains, New York
       June 13, 2014

                                    Respectfully submitted,

                                    **BELLIN & ASSOCIATES LLC**

                                    By: /s/Aytan Y. Bellin
                                         Aytan Y. Bellin, Esq.
                                    White Plains, NY 10606
                                    Tel: (914) 358-5345
                                    Fax: (212) 571-0284
                                    Aytan.Bellin@bellinlaw.com