UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**BAIS YAAKOV OF SPRING VALLEY,** on behalf of itself and all others similarly situated**,**

          Plaintiff,

    -vs.-

**PETERSON'S NELNET, LLC,**

          Defendant.

**3:11 CV 11 (TJB)**

*Certificate of Service*

    I hereby certify that on June 13, 2014, I caused to be filed a Notice of Motion for Preliminary Approval dated June 13, 2014 with the Clerk for the U.S. District Court for the District of New Jersey by ECF. The ECF system will send notification of such filing to all counsel of record.

Executed on June 13, 2014, at White Plains, New York.

          /s/Aytan Y. Bellin
          Aytan Y. Bellin
          aytan.bellin@bellinlaw.com

P.O. Address
85 Miles Avenue
White Plains, NY  10606
Ph.  (914) 358-5345
Fax:  (212) 571-0284