UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BAIS YAAKOV OF SPRING VALLEY**, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>    -vs.-<br><br>**PETERSON'S NELNET, LLC**,<br><br>                Defendant. | Case No. 11 CV 11 (TJB)<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on January 26, 2015 at 11:30 a.m., or soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Bais Yaakov of Spring Valley will move before the Honorable Tonianne J. Bongiovanni, U.S.M.J. at the United States District Court, Clarkson S. Fisher & & U.S. Courthouse, 402 East State Street, Courtroom 6E, Trenton, NJ 08608, for an order: (1)  approving the Class Settlement; (2) approving the Class attorneys' application for fees, costs and expenses; and (3) approving an incentive award for Plaintiff.

Plaintiff will rely on the Memorandum of Law and attached exhibits, Declaration of Aytan Y. Bellin, Declaration of Jennifer M. Keough and Declaration of David Sussman, submitted in support of this Motion and all other papers of record.

Dated: White Plains, New York
       January 20, 2015

                                        Respectfully submitted,

                                        **BELLIN & ASSOCIATES LLC**

By: /s/Aytan Y. Bellin
    Aytan Y. Bellin, Esq.
White Plains, NY 10606
Tel: (914) 358-5345
Fax: (212) 571-0284
Aytan.Bellin@bellinlaw.com
Counsel for the Plaintiff Bais Yaakov of Spring Valley and the Class

## CERTIFICATE OF SERVICE

      I hereby certify, under the penalties of perjury, that this document filed through the ECF system, will be sent electronically to all counsel of record by the ECF system.

DATED: January 20, 2015

/s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq.