UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BAIS YAAKOV OF SPRING VALLEY,** on behalf of itself and all others similarly situated**,**<br><br>          Plaintiff,<br><br>          -v.-<br><br>**PETERSON'S NELNET, LLC,**<br><br>          Defendant. | Civil Action<br><br>3:11 CV 11 (TJB)<br><br>Motion Date: January 26, 2015 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 26, 2015, at 11:30 a.m., or soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Bais Yaakov of Spring Valley will move before the Honorable Tonianne J. Bongiovanni, U.S.M.J. at the United States District Court, Clarkson S. Fisher & & U.S. Courthouse, 402 East State Street, Courtroom 6E, Trenton, NJ  08608, for an order: (1)  granting permission to Plaintiff to file a Memorandum of Law in Support of a Motion for Preliminary Approval of a Class Settlement that is 64 pages in length; and (2) Granting such further and other relief as this Court deems necessary and just.

Dated: White Plains, New York
          January 20, 2015

                                        Respectfully submitted,

                                        **BELLIN & ASSOCIATES LLC**


                                        By: /s/Aytan Y. Bellin
                                              Aytan Y. Bellin, Esq.
                                        White Plains, NY 10606
                                        Tel: (914) 358-5345
                                        Fax: (212) 571-0284
                                        Aytan.Bellin@bellinlaw.com

*Attorneys for Plaintiff Bais Yaakov of Spring Valley and the Proposed Class*

2

## CERTIFICATE OF SERVICE

      I hereby certify, under the penalties of perjury, that this document filed through the ECF system, will be sent electronically to all counsel of record by the ECF system.

DATED: January 20, 2015

/s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq.